# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Xiomara Vazquez

                        Plaintiff,

v.                                            Case No.: 1:18−cv−05028

                                                      Honorable Sharon Johnson Coleman

UNITED STATES, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 2, 2018:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 8/2/2018. Defendant United States' motion to dismiss for failure to exhaust administrative remedies [4] is granted without prejudice. The case against state defendants is remanded back to the Circuit Court of Cook County. Civil case terminated. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.